# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Dwayne Aswad Azi SMITH, Jr. | ) | Case No. |
| | ) | 3:21-mj-00103-dms |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 13, 2020 in the county of Anchorage Municipality in the District of Alaska, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. §922(g)(1) | Felon in Possession of a Firearm |
| Title 18, U.S.C. §1951 | Hobbs Act Robbery |
| Title 18, U.S.C. §924(c)(1)(a) | Using a Firearm during a Federal Crime of Violence |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

SA [signature]
*Complainant's signature*

ATF Special Agent Jason Crump
*Printed name and title*

Sworn to before me telephonically and signed in my presence.

Date: 2/25/21

City and state: Anchorage, AK.

/S/ DEBORAH M. SMITH
CHIEF U.S. MAGISTRATE JUDGE
*Printed name and title*