BRYAN SCHRODER
United States Attorney

KAYLA DOYLE
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: kayla.doyle@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. 3:21-mj-00103-DMS |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| DWAYNE ASWAD AZI SMITH, JR. | ) |
| Defendant. | ) |

**NOTICE OF ATTORNEY APPEARANCE**

COMES NOW the United States, by and through undersigned counsel, and hereby gives notice that Assistant U.S. Attorney, Kayla Doyle, now appears as counsel for the United States of America in the above-entitled action.

//

//

All future correspondence in this matter should be sent to:

> Kayla Doyle
> Assistant U.S. Attorney
> Federal Building & U.S. Courthouse
> 222 West Seventh Avenue, #9, Room 253
> Anchorage, Alaska 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> Email: kayla.doyle@usdoj.gov

RESPECTFULLY SUBMITTED February 26, 2021, at Anchorage, Alaska.

> BRYAN SCHRODER
> United States Attorney
>
> *s/ Kayla Doyle*
> KAYLA DOYLE
> Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2021,
a copy of the foregoing was served
electronically on the following:

Counsel of Record

s/ Kayla Doyle
Office of the United States Attorney