AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| United States of America<br>v.<br>Dwayne Aswad Azi SMITH, Jr.<br><br>Defendant | ) ) ) ) ) ) ) | Case No. 3:21-mj-00103-dms |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Dwayne Aswad Azi SMITH, Jr.
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18, U.S.C. §922(g)(1) Felon in Possession of a Firearm

Title 18, U.S.C. §1951 Hobbs Act Robbery

Title 18, U.S.C. §924(c)(1)(a) Using a Firearm during a Federal Crime of Violence

Date: 2/25/21

City and state: Anchorage, AK

/S/ DEBORAH M. SMITH
CHIEF U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 2/25/21, and the person was arrested on *(date)* 2/25/21
at *(city and state)* Anchorage, AK

Date: 2/25/21

SA Jason Crump
*Printed name and title*