(Rev 3/18)

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA
# WITNESS LIST

---

**Case No.:** 3:21-mj-00103-DMS        **Magistrate Judge:** DEBORAH M. SMITH

**Title:** U.S.A.
vs. **DWAYNE ASWAD AZI SMITH JR.**

**Dates of Hearing/Trial:** March 10, 2021

**Deputy Clerk:** IRMA HERNANDEZ

**Official Reporter:** NONE PRESENT

## WITNESSES

| DATE | START TIME | END TIME | W- | WITNESS NAME | CALLED BY |
|---|---|---|---|---|---|
| 3/10/2021 | 3:18:49 p.m. | 3:36:09 p.m. | W-1 | Jason Crump | PLT |
| 3/10/2021 | 3:41:40 p.m. | 3:43:04 p.m. | W-1 | Jason Crump | PLT |
| 3/10/2021 | 3:45:39 p.m. | 3:51:08 p.m. | W-1 | Jason Crump | PLT |